IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOHN A. BROOKS**,

        Plaintiff,

   v.

**BENJAMIN D. VINCI**, et al.,

        Defendants.

_____

Civil Case No. 09-1354-HU

O R D E R

    Daniel R. Reitman
    1826 NE Broadway
    Portland, Oregon  97232

        Attorney for Plaintiff

    Sara A. Green
    3091 S. Jamaica Court., Suite 150
    Aurora, Colorado  80014

        Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on July 29, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel (#27) dated July 29, 2010 in its entirety.

IT IS HEREBY ORDERED that defendants' Motion to Dismiss (#7) is granted and plaintiff's Motion to File a Second Amended Complaint (#15) is denied. This action is dismissed with prejudice.

DATED this    9th    day of September, 2010.

                     /s/ Garr M. King
                             GARR M. KING
                         United States District Judge